**Fill in this information to identify the case:**

Debtor name    **CYPRESS WAY LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **17-22383 (RDD)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................   $    **8,800,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................   $    **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................   $    **8,800,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    **6,487,550.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $    **141,560.92**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$    **188,378.47**

4. **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b    $    **6,817,489.39**

**Fill in this information to identify the case:**

Debtor name **CYPRESS WAY LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **17-22383 (RDD)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Old Operating** | **7678** | **Unknown** |
| 3.2. | **TD Bank** | **Old Security Deposit Account** | **7876** | **Unknown** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     **$0.00**

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---------|-------------|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **CYPRESS WAY LLC** | Case number *(If known)*   **17-22383 (RDD)** |
|---|---|---|
| | Name | |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Real Property and Improvements 3025 Sunrise Highway Islip Terrace, NY 11752** | Owner | $8,800,000.00 | Appraisal | $8,800,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $8,800,000.00 |
|---|

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **CYPRESS WAY LLC** | Case number *(If known)* **17-22383 (RDD)** |
|---|---|---|
| | Name | |

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **CYPRESS WAY LLC** | Case number *(If known)* **17-22383 (RDD)** |
|--------|---------------------|---------------------------------------------|
| | Name | |

---

<div style="background:black;color:white">**Part 12:**</div>    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................................> | | $8,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $8,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,800,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CYPRESS WAY LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **17-22383 (RDD)**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **ALL SUFFOLK PLUMBING**<br>Creditor's Name<br><br>**CONTRACTORS INC.**<br>**1565 Sycamore Ave., Suite A**<br>**Bohemia, NY 11716**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br><br><br>**Describe the lien**<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $37,550.00 | $0.00 |
| **2.2** **CREIF 102, LLC**<br>Creditor's Name<br><br>**c/o Castellan Capital**<br>**1841 Broadway Suite 811**<br>**New York, NY 10023**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Real Property and Improvements**<br>**3025 Sunrise Highway**<br>**Islip Terrace, NY 11752**<br><br>**Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $6,450,000.00 | $8,800,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **CYPRESS WAY LLC** | | Case number (if know) | **17-22383 (RDD)** |
|---|---|---|---|---|
| | Name | | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent

■ Unliquidated

■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  **$6,487,550.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **GOLDBERG WEPRIN**<br>**FINKEL GOLDSTEIN LLP**<br>**1501 BROADWAY, 22ND FL.**<br>**New York, NY 10036** | Line   **2.2** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CYPRESS WAY LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **17-22383 (RDD)**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141,560.92** | **$141,560.92** |
| | **Alexis Weik** | ☐ Contingent | | |
| | **Receiver of Taxes** | ☐ Unliquidated | | |
| | **40 Nassau Avenue** | ■ Disputed | | |
| | **Islip, NY 11751-3645** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$186.84** |
| | **A/R Blumberg Excelsior** | ☐ Contingent | |
| | **16 Court Street 14th Floor** | ☐ Unliquidated | |
| | **Brooklyn, NY 11241** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,750.00** |
| | **All Suffolk Plumbing Contractor Inc.** | ☐ Contingent | |
| | **1565 Sycamore Avenue** | ☐ Unliquidated | |
| | **Bohemia, NY 11716** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **CYPRESS WAY LLC** | | Case number (if known) | **17-22383 (RDD)** |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,341.74 |
|---|---|---|---|

**AM Waste Services**
**50 Eads Avenue**
**West Babylon, NY 11704**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $665.33 |
|---|---|---|---|

**Baradzi Glass Inc.**
**41 5th Avenue**
**Bay Shore, NY 11706**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,467.63 |
|---|---|---|---|

**F & F Concrete Inc**
**71 Blossom Ave**
**Holtsville, NY 11742**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Goldberg & Rimberg PLLC**
**115 Broadway**
**Room 302**
**New York, NY 10006**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,600.00 |
|---|---|---|---|

**Handsome Masonry**
**68 Wingam Drive**
**Islip, NY 11751**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**Philadelphia, PA 19114**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**JNB Interiors Corp**
**100-B Knickerbocker Ave**
**Bohemia, NY 11716**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **CYPRESS WAY LLC** | | Case number (if known) | **17-22383 (RDD)** |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,600.00 |
|---|---|---|---|
| | **K.V. Electric INC**<br>**405 Central Avenue**<br>**Bohemia, NY 11716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,148.77 |
|---|---|---|---|
| | **MARJAM SUPPLY COMPANY**<br>**855 T Conklin Street**<br>**Farmingdale, NY 11735** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,438.26 |
|---|---|---|---|
| | **National Grid**<br>**P.O. Box 11791**<br>**Newark, NJ 07101-9991** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **NEW YORK STATE DEPT. OF FINANC**<br>**ATTN: BANKRUPTCY SPECIAL PROC**<br>**PO BOX 5300**<br>**Albany, NY 12205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **FOR NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,097.09 |
|---|---|---|---|
| | **Optimum**<br>**PO Box 371378**<br>**Pittsburgh, PA 15250-7378** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,342.18 |
|---|---|---|---|
| | **Panther Security Inc**<br>**1111 Deer Park Avenue**<br>**North Babylon, NY 11703-0419** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.98 |
|---|---|---|---|
| | **PSEG Long Island**<br>**333 Earle Ovington Blvd.**<br>**Uniondale, NY 11553** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **CYPRESS WAY LLC** | Case number (if known) | **17-22383 (RDD)** |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,276.85** |
|---|---|---|---|

**Suffolk County Water Authority**
**2045 Route 112**
**Suite 5**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$860.00** |
|---|---|---|---|

**Suffolk Landscapes**
**287 Debbie Street**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,368.80** |
|---|---|---|---|

**Trio East Wholesalers**
**1016-2 Grand Boulevard**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,125.00** |
|---|---|---|---|

**Victorian Fence Inc**
**2559 Middle County Road**
**Centereach, NY 11720**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **OFFICE OF THE ATTORNEY GENERAL**<br>**THE CAPITOL**<br>**Albany, NY 12224** | Line __3.13__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **US ATTY OFFICE -SDNY**<br>**86 CHAMBERS STREET**<br>**ATTN:  TAX AND BANKRUPTCY**<br>**New York, NY 10007** | Line __3.8__<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 141,560.92 |
| 5b. Total claims from Part 2 | 5b. | + $ | 188,378.47 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 329,939.39 |

---

**Fill in this information to identify the case:**

Debtor name      **CYPRESS WAY LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      **17-22383 (RDD)**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Amanda and Deborah Lippertshauser<br>14 Landon Lane Court<br>Islip Terrace, NY 11752** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Barbara L. Eby, Kim Lamcombe and Ron Rayburn<br>21 Landon Lane Court<br>Islip Terrace, NY 11752** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cynthia and Richard Karolak<br>22 Landon Lane Court<br>Islip Terrace, NY 11752** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Darlene Baratta<br>10 Landon Lane Court<br>Islip Terrace, NY 11752** |

| Debtor 1 | CYPRESS WAY LLC | | | Case number *(if known)* | 17-22383 (RDD) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | Dawn A. Sacchitello<br>8 Landon Lane Court<br>Islip Terrace, NY 11752 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | Deborah and Frank Dolan<br>19 Landon Lane Court<br>Islip Terrace, NY 11752 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | Deborah and Robert Hynes<br>23 Landon Lane Court<br>Islip Terrace, NY 11752 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | Doreen and Roland Motti Jr.<br>and Roy Wallace<br>15 Landon Lane Court<br>Islip Terrace, NY 11752 |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | Edward and Stella Gershovich,<br>and Fabian Cabezas<br>4 Ashley Court<br>Islip Terrace, NY 11752 |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest **Lease**<br><br>State the term remaining<br><br>List the contract number of any | Evan Harbus, Frank Rice and<br>Victoria Neuhaus<br>20 Landon Lane Court<br>Islip Terrace, NY 11752 |

| Debtor 1 | **CYPRESS WAY LLC** | | | Case number *(if known)* | **17-22383 (RDD)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Fred and Terry Kusterbeck** |
| | List the contract number of any government contract | | **13 Landon Lane Court**<br>**Islip Terrace, NY 11752** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **George T. and Geore E. Laine** |
| | List the contract number of any government contract | | **12 Landon Lane Court**<br>**Islip Terrace, NY 11752** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ismael and Amparo Santiago** |
| | List the contract number of any government contract | | **6 Ashley Court**<br>**Islip Terrace, NY 11752** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Jaldiane R. Hunt and**<br>**Roxanne Nigro** |
| | List the contract number of any government contract | | **18 Landon Lane Court**<br>**Islip Terrace, NY 11752** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Joseph Sudac and Asad Awawdeh** |
| | List the contract number of any government contract | | **7 Landon Lane Court**<br>**Islip Terrace, NY 11752** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | **Julian Orozco**<br>**2 Ashley Court**<br>**Islip Terrace, NY 11752** |
|---|---|---|---|

Debtor 1    **CYPRESS WAY LLC**

First Name _____ Middle Name _____ Last Name _____    Case number *(if known)*    **17-22383 (RDD)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Lease | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Laura Hartnett**<br>**5 Ashley Court**<br>**Islip Terrace, NY 11752** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Management Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NEW YORK CITY MANAGEMENT LLC**<br>**381 Park Avenue South**<br>**New York, NY 10016** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Lease | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Oscar Rodriquez, Rina Gonzalez**<br>**and Susan Montefusco**<br>**26 Landon Lane Court**<br>**Islip Terrace, NY 11752** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Lease | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Patrick and Carolyn O'Regan**<br>**16 Landon Lane Court**<br>**Islip Terrace, NY 11752** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Lease | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Peter J. Dalaker**<br>**24 Landon Lane Court**<br>**Islip Terrace, NY 11752** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **CYPRESS WAY LLC** | | | Case number *(if known)* | **17-22383 (RDD)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Landscaping Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Suffolk Landscapes** |
| | List the contract number of any government contract | | **287 Debbie Street** |
| | | | **Islip, NY 11751** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Tomco Waste Services, Inc.** |
| | List the contract number of any government contract | | **50 Eads Street** |
| | | | **West Babylon, NY 11704** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **CYPRESS WAY LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **17-22383 (RDD)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1   **Peter Dalaker** | **199 Cedar Avenue**<br>**Islip, NY 11751**<br>**Gurantor** | **CREIF 102, LLC** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **CYPRESS WAY LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **17-22383 (RDD)**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | **For prior year:** From **5/01/2016** to **Filing Date** | ■ Operating a business | $305,346.00 |
    | | ☐ Other    **Rent** | |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

| Debtor | **CYPRESS WAY LLC** | Case number *(if known)* | **17-22383 (RDD)** |
|---|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<table>
<tr><td style="background:black;color:white"><b>Part 3:</b></td><td><b>Legal Actions or Assignments</b></td></tr>
</table>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **People (Town of Islip) v. Cypress Way LLC** | | **Suffolk County Dist. Ct., 5th District**<br>**3105 Veterans Memorial Hwy**<br>**Ronkonkoma, NY 11779** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table>
<tr><td style="background:black;color:white"><b>Part 4:</b></td><td><b>Certain Gifts and Charitable Contributions</b></td></tr>
</table>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table>
<tr><td style="background:black;color:white"><b>Part 5:</b></td><td><b>Certain Losses</b></td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|
| **Theft of copper piping** | | | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **CYPRESS WAY LLC** | Case number *(if known)* **17-22383 (RDD)** |
|---|---|---|

---

| **Part 6:** | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**<br>**875 THIRD AVENUE, 9TH FLOOR**<br>**New York, NY 10022-0123** | **Retainer** | | $11,717.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**FIA Capital Partners LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **c/o Peter Max Group**<br>**PO Box 138**<br>**Islip, NY 11751** | |
| 14.2. | **c/o Peter Max Group**<br>**31 Wheeler Road**<br>**Islip, NY 11751** | |

| **Part 8:** | Health Care Bankruptcies |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | CYPRESS WAY LLC | Case number *(if known)* 17-22383 (RDD) |
|---|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

| Debtor | **CYPRESS WAY LLC** | | | Case number *(if known)* **17-22383 (RDD)** |

not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various tenants** | | **Security Deposits** | **$14,541.00** |

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **CYPRESS WAY LLC**                                         Case number *(if known)*    **17-22383 (RDD)**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Peter Dalaker** <br> **The Peter Max Group Inc.** <br> **31 Wheeler Road** <br> **Central Islip, NY 11722** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Peter Dalaker** <br> **The Peter Max Group Inc.** <br> **31 Wheeler Road** <br> **Central Islip, NY 11722** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Goldwasser** | **GC Realty Advisors, LLC** | **Manager** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BCH Capital LLC** | **1965 54th Street** <br> **Brooklyn, NY 11204** | **Member** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor    **CYPRESS WAY LLC**                                                Case number *(if known)*  **17-22383 (RDD)**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **The Peter Max Group, Inc.** | **31 Wheeler Road Central Islip, NY 11722** | **51% Membership Interest** | **May 2016 to February 28, 2017** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Peter Dalaker** | **199 Cedar Avenue Islip, NY 11751** | **Manager** | **May 2016 to February 28, 2017** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Peter Dalaker** | **$60,000.00** | | **Management Fee and Expense Reimbursement** |
| | Relationship to debtor **Former Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor   **CYPRESS WAY LLC**                                                     Case number *(if known)*   **17-22383 (RDD)**

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 12, 2017**

**/s/ David Goldwasser, Manager**                                       **David Goldwasser, Manager**
Signature of individual signing on behalf of the debtor               Printed name

Position or relationship to debtor   **Authorized Signatory of GC Realty**
                                     **Advisors, LLC, Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **CYPRESS WAY LLC**

Case No.    **17-22383 (RDD)**

Debtor(s)

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,088.50 |
| Prior to the filing of this statement I have received | $ | 5,088.50 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **FIA Capital Partners LLC**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 12, 2017** | **/s/ A. MITCHELL GREENE** |
| *Date* | **A. MITCHELL GREENE** |
| | *Signature of Attorney* |
| | **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** |
| | **875 THIRD AVENUE** |
| | **New York, NY 10022** |
| | **(212) 603-6300** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Southern District of New York

In re  **CYPRESS WAY LLC**

Debtor(s)

Case No.  **17-22383 (RDD)**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BCH Capital LLC**<br>**1965 54th Street**<br>**Brooklyn, NY 11204** | | | **100% Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Signatory of GC Realty Advisors, LLC, Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 12, 2017**

Signature  **/s/ David Goldwasser, Manager**

**David Goldwasser, Manager**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

| | | | |
|---|---|---|---|
| In re | **CYPRESS WAY LLC** | Case No. | **17-22383 (RDD)** |
| | Debtor(s) | Chapter | **11** |

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of GC Realty Advisors, LLC, Manager of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 12, 2017**                    **/s/ David Goldwasser, Manager**

**David Goldwasser, Manager/Authorized Signatory of GC Realty
Advisors, LLC, Manager**
Signer/Title

A/R BLUMBERG EXCELSIOR
16 COURT STREET 14TH FLOOR
BROOKLYN, NY 11241


ALEXIS WEIK
RECEIVER OF TAXES
40 NASSAU AVENUE
ISLIP, NY 11751-3645


ALL SUFFOLK PLUMBING
CONTRACTORS INC.
1565 SYCAMORE AVE., SUITE A
BOHEMIA, NY 11716


AM WASTE SERVICES
50 EADS AVENUE
WEST BABYLON, NY 11704


AMANDA AND DEBORAH
LIPPERTSHAUSER
14 LANDON LANE COURT
ISLIP TERRACE, NY 11752


BARADZI GLASS INC.
41 5TH AVENUE
BAY SHORE, NY 11706


BARBARA L. EBY, KIM LAMCOMBE
AND RON RAYBURN
21 LANDON LANE COURT
ISLIP TERRACE, NY 11752


CREIF 102, LLC
C/O CASTELLAN CAPITAL
1841 BROADWAY SUITE 811
NEW YORK, NY 10023


CYNTHIA AND RICHARD KAROLAK
22 LANDON LANE COURT
ISLIP TERRACE, NY 11752


DARLENE BARATTA
10 LANDON LANE COURT
ISLIP TERRACE, NY 11752

DAWN A. SACCHITELLO
8 LANDON LANE COURT
ISLIP TERRACE, NY 11752


DEBORAH AND FRANK DOLAN
19 LANDON LANE COURT
ISLIP TERRACE, NY 11752


DEBORAH AND ROBERT HYNES
23 LANDON LANE COURT
ISLIP TERRACE, NY 11752


DOREEN AND ROLAND MOTTI JR.
AND ROY WALLACE
15 LANDON LANE COURT
ISLIP TERRACE, NY 11752


EDWARD AND STELLA GERSHOVICH,
AND FABIAN CABEZAS
4 ASHLEY COURT
ISLIP TERRACE, NY 11752


EVAN HARBUS, FRANK RICE AND
VICTORIA NEUHAUS
20 LANDON LANE COURT
ISLIP TERRACE, NY 11752


F & F CONCRETE INC
71 BLOSSOM AVE
HOLTSVILLE, NY 11742


FRED AND TERRY KUSTERBECK
13 LANDON LANE COURT
ISLIP TERRACE, NY 11752


GEORGE T. AND GEORE E. LAINE
12 LANDON LANE COURT
ISLIP TERRACE, NY 11752


GOLDBERG & RIMBERG PLLC
115 BROADWAY
ROOM 302
NEW YORK, NY 10006

GOLDBERG WEPRIN
FINKEL GOLDSTEIN LLP
1501 BROADWAY, 22ND FL.
NEW YORK, NY 10036


HANDSOME MASONRY
68 WINGAM DRIVE
ISLIP, NY 11751


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19114


ISMAEL AND AMPARO SANTIAGO
6 ASHLEY COURT
ISLIP TERRACE, NY 11752


JALDIANE R. HUNT AND
ROXANNE NIGRO
18 LANDON LANE COURT
ISLIP TERRACE, NY 11752


JNB INTERIORS CORP
100-B KNICKERBOCKER AVE
BOHEMIA, NY 11716


JOSEPH SUDAC AND ASAD AWAWDEH
7 LANDON LANE COURT
ISLIP TERRACE, NY 11752


JULIAN OROZCO
2 ASHLEY COURT
ISLIP TERRACE, NY 11752


K.V. ELECTRIC INC
405 CENTRAL AVENUE
BOHEMIA, NY 11716


LAURA HARTNETT
5 ASHLEY COURT
ISLIP TERRACE, NY 11752


MARJAM SUPPLY COMPANY
855 T CONKLIN STREET
FARMINGDALE, NY 11735

NATIONAL GRID
P.O. BOX 11791
NEWARK, NJ 07101-9991


NEW YORK CITY MANAGEMENT LLC
381 PARK AVENUE SOUTH
NEW YORK, NY 10016


NEW YORK STATE DEPT. OF FINANC
ATTN:  BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224


OPTIMUM
PO BOX 371378
PITTSBURGH, PA 15250-7378


OSCAR RODRIQUEZ, RINA GONZALEZ
AND SUSAN MONTEFUSCO
26 LANDON LANE COURT
ISLIP TERRACE, NY 11752


PANTHER SECURITY INC
1111 DEER PARK AVENUE
NORTH BABYLON, NY 11703-0419


PATRICK AND CAROLYN O'REGAN
16 LANDON LANE COURT
ISLIP TERRACE, NY 11752


PETER DALAKER
199 CEDAR AVENUE
ISLIP, NY 11751


PETER J. DALAKER
24 LANDON LANE COURT
ISLIP TERRACE, NY 11752


PSEG LONG ISLAND
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553

SUFFOLK COUNTY WATER AUTHORITY
2045 ROUTE 112
SUITE 5
CORAM, NY 11727


SUFFOLK LANDSCAPES
287 DEBBIE STREET
ISLIP, NY 11751


TOMCO WASTE SERVICES, INC.
50 EADS STREET
WEST BABYLON, NY 11704


TRIO EAST WHOLESALERS
1016-2 GRAND BOULEVARD
DEER PARK, NY 11729


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN:  TAX AND BANKRUPTCY
NEW YORK, NY 10007


VICTORIAN FENCE INC
2559 MIDDLE COUNTY ROAD
CENTEREACH, NY 11720

# United States Bankruptcy Court
## Southern District of New York

In re   **CYPRESS WAY LLC** _____    Case No.    **17-22383 (RDD)**
                       Debtor(s)    Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CYPRESS WAY LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BCH Capital LLC**
**1965 54th Street**
**Brooklyn, NY 11204**

☐ None [*Check if applicable*]

**April 12, 2017** _____      **/s/ A. MITCHELL GREENE**
Date                                       **A. MITCHELL GREENE**
                                            Signature of Attorney or Litigant
                                            Counsel for    **CYPRESS WAY LLC**
                                            **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
                                            **875 THIRD AVENUE**
                                            **New York, NY 10022**
                                            **(212) 603-6300**